# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENNIE N. HUNT, JR. | |
| Plaintiff, | Civil Action No. 09-3069 (PGS) |
| v. | **ORDER DISMISSING COMPLAINT PURSUANT TO RULE 8** |
| ANNE MILGRAM, | |
| Defendant. | |

**WHEREAS** this matter having been opened *sua sponte* by the Court after having reviewed plaintiff's Complaint and application to proceed without payment of fees; and

**WHEREAS** the Federal Rules of Civil Procedure state, in Rule 8(a), "A pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought, which may include relief in the alternative or different types of relief;" and

**WHEREAS** the Court has found that plaintiff's Complaint fails to comply with the minimum pleading standards outlined in Rule 8 and it is unknown who Mr. Hunt is suing and the reason for the suit,

**IT IS** on this 29 day of June, 2009,

**ORDERED** that plaintiff's complaint be and hereby is dismissed in its entirety without prejudice for failure to comply with the requirements of Fed. R. Civ. P. 8(a). Plaintiff may reopen this matter on or before July 29, 2009 by submitting a complaint that complies with the Federal Rule 8 general rules of pleading.

June 29, 2009

**PETER G. SHERIDAN, U.S.D.J.**